IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY TURLEY**                                                                          **PLAINTIFF**

**4:20-CV-00279-BRW**

**UNDERWRITERS AT LLOYDS LONDON**                        **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today granting Defendant's Motion for Summary Judgment, the case is DISMISSED.

IT IS SO ORDERED this 12th day of June, 2020.

                                                     Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE